# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Lauren Scholl**　　　　　　　　　　　　　　　　　　　Case No.  **22-10944**
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **13**

## ORDER

And Now, this  26th  day of  April  2022, upon consideration and review of Debtor's Motion to Extend Time to File Schedules, Statement of Financial Affairs, Meant Test and Chapter 13 Plan, it is hereby ORDERED and DECREED that the filing deadline for said documents is extended until **May 21, 2022**.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE