# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Lauren Scholl**  
Debtor(s)

Case No. **22-10944**  
Chapter **13**

## ORDER

And Now, this **31st** day of **May** 2022, upon consideration and review of Debtor's it is hereby ORDERED and DECREED that the Motion to Extend the Automatic Stay Beyond Thirty (30) Days is Granted.

_____  
MAGDELINE D. COLEMAN  
CHIEF U.S. BANKRUPTCY JUDGE